IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Public Interest Legal Foundation,** | : |
| Plaintiff, | : **Civil Action No.** _____ |
| v. | : |
| **Jocelyn Benson,** | : |
| Defendant. | : |
| | : |
| **Electronic Registration Information Center, Inc.,** | : |
| Movant. | : |

# NON-PARTY ELECTRONIC REGISTRATION INFORMATION CENTER, INC.'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER AND TO TRANSFER THIS MOTION TO THE UNITED STATES DISTRICT COURT FOR <u>THE WESTERN DISTRICT OF MICHIGAN</u>

Pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, non-party Electronic Registration Information Center, Inc. ("ERIC") hereby moves for an order quashing—and for a protective order in ERIC's favor regarding—a subpoena served on ERIC by Plaintiff Public Interest Legal Foundation ("PILF") in connection with litigation pending in the United States Direct Court for the Western District of Michigan. ERIC also respectfully requests that this Court transfer this Motion to the United States District Court for the Western District of Michigan. The grounds for this Motion are fully set forth in the accompanying opening brief.

Dated: April 18, 2023

| | |
|---|---|
| *Of Counsel*: | BODELL BOVE LLC |
| Robert A. Wiygul (PA Bar ID 310760)<br>Peter V. Keays (PA Bar ID 321474)<br>HANGLEY ARONCHICK SEGAL<br>PUDLIN & SCHILLER<br>One Logan Square, 27th Floor<br>Philadelphia, PA  19103<br>Telephone: (215) 568-6200 | /s/ Bruce W. McCullough<br>Bruce W. McCullough (DE Bar ID 3112)<br>1225 N. King Street, Suite 1000<br>Wilmington, DE  19801<br>Telephone: (302) 655-6749<br>bmccullough@bodellbove.com<br>*Attorneys for Electronic Registration*<br>*Information Center, Inc.* |